JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAND ROY, derivatively on behalf of MATCH GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> BERNARD KIM, GARY SWIDLER, STEPHEN BAILEY, MELISSA BRENNER, SHARMISTHA DUBEY, LAURA JONES, ANN L. MCDANIEL, THOMAS J. MCINERNEY, WENDI MURDOCH, SPENCER RASCOFF, GLENN SCHIFFMAN, PAMELA S. SEYMON, and ALAN G. SPOON, <br><br> Defendants, <br><br> and <br><br> MATCH GROUP, INC., <br><br> Nominal Defendant. | No. 2:24-cv-11007-MEMF-PVC <br><br> The Hon. Maame Ewusi-Mensah Frimpong <br><br> Courtroom 8B <br><br> **ORDER OF DISMISSAL** <br><br> Action Filed: Dec. 20, 2024 |

Upon the Stipulation of Voluntary Dismissal filed by plaintiff Anand Roy in the above-captioned action and with good cause shown, the Court hereby ORDERS as follows:

1. Voluntary dismissal is appropriate pursuant to Fed. R. Civ. P. 41(a)(1) because the parties entered into a stipulation and no defendant has filed an answer or moved for summary judgment.

2. Notice to the stockholders of Match Group, Inc. of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because it is without prejudice.

3. The Action is hereby dismissed without prejudice.

IT IS SO ORDERED.

DATED: April 16, 2026    _____

The Honorable Maame Ewusi-Mensah Frimpong

United States District Court Judge

1

ORDER OF DISMISSAL – CASE NO. 2:24-CV-11007-MEMF-PVC